*Monday, November 29, 1999*

## MOTION DOCKET

**99–2489. Columbus School Dist. Bd. of Edn. v. Tracy.**
Board of Tax Appeals, Nos. 95–G–693 and 95–G–716. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion for continuance of oral argument currently scheduled for November 30, 1999 and request to expedite,

IT IS ORDERED by the court that the motion for continuance of oral argument be, and hereby is, granted.

## MISCELLANEOUS DISMISSALS

**99–1803. Dollar Bank FSB v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 97–G–29 and 97–G–8. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.